IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY AND THE NORTH RIVER INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>  vs.<br><br>LALOFAU FEA ,<br><br>        Defendant.<br>_____ | CIVIL NO. 16-00173 DKW-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 02, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation Granting Plaintiffs United States Fire Insurance Company and The North River Insurance Company's Motion for Default Judgment or, in the

///

///

///

Alternative, for Summary Judgment Against Defendant Lalofau Feaare adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 21, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

United States Fire Insurance Company and The North River Insurance Company v. Lalofau Fea; Civil No. 16-00173 DKW-KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**